UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 18, 2012

No. 11-1697

UNITED STATES OF AMERICA

v.

RYAN JAMES CRAIG,
                                        Appellant

(M.D. Pa. No. 1-06-cr-00219-001)

Present:  FUENTES, HARDIMAN and ROTH, Circuit Judges

    Motion to Modify and/or Clarify Opinion


                                        Respectfully,
                                        Clerk/JK

_____ORDER_____

The foregoing Motion is GRANTED.    Footnote 2 shall be removed from the Opinion
filed on September 17, 2012.


                                        By the Court,

                                        /s/ Thomas M. Hardiman
                                        Circuit Judge


Dated:  October 5, 2012
JK/cc: Stephen R. Cerutti, II, Esq.
       Tina Schneider, Esq.